1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP                               JS-6
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: Laura_rk.office@speakeasy.net
5
   Attorneys for Plaintiff
6  S.R.T., by and through her guardian Sharon Moses

7
                      **UNITED STATES DISTRICT COURT**
8
                      **CENTRAL DISTRICT OF CALIFORNIA**
9
                              **SOUTHERN DIVISION**
10

11
   S.L.T., BY AND THROUGH HER          )  Case No.: CV09-7663 AN
12 GUARDIAN AD LITEM, SHARON           )
   MOSES,                              )  /~~PROPOSED~~/ ORDER OF
13                                     )  DISMISSAL
            Plaintiff,                 )
14                                     )
        vs.                            )
15                                     )
   MICHAEL J. ASTRUE,                  )
16 Commissioner of Social Security,    )
                                       )
17          Defendant.                 )

18

19     The above captioned matter is dismissed with prejudice, each party to bear

20 its own fees, costs, and expenses.

21     IT IS SO ORDERED.

22 DATE:   August 3, 2010

23                                       _____
                                         THE HONORABLE ARTHUR NAKAZATO,
                                         United States District Court
24                                       UNITED STATES MAGISTRATE JUDGE

25

26

                                      -1-